IN THE UNITED STATES DISTRICT COURT
FOR THE _NORTHERN_ DISTRICT OF TEXAS
_ABILENE_ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

_Flo Gonzalez #2001418_
Plaintiff's name and ID Number

_TDCJ-Robertson Unit-12071 Fm3522, Abeline, Tx-79601_
Place of Confinement

CASE NO: _1-20CV-207 H_
(Clerk will assign the number)

v.

_LeeRoy C. Ano-Robertson Unit-12071 Fm3522, Abeline, Tx-79601_
Defendant's name and address

_De la Cruz, Jeremy J.-Robertson Unit-12071 Fm3522-Abeline, Tx-79601_
Defendant's name and address

_Shanan C. Turnbow-12071 Fm3522-Abeline, Tx-79601_
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

# Memorandum of Law

## Defendant #1

[Warden Cano] used racial slurs, "graded Black", Mexicans major disciplinary cases in racist hatred. (Washington v. Lee, 263 F. Supp. 327 (M.D. Ala. 1966) Racial discrimination; racial segregation by prison authorities are unconstitutional under the Equal Protection Clause of the 14th Amendment.

## Defendant #2

[C. Officer - De La Cruz] - Refused to wear a face mask, infected me & a mass of inmates. - The Supreme Court has held that pro se complaints are subject to "less stringent standards than formal pleading drafted by lawyers"; should be liberally construed in plaintiff's favor. Hughes v. Rowe, 449 U.S. 5, 9 (1980) Haines v. Kerne, 404 U.S. 519, 520 (1972)

## Defendant #3

[C. Officer - Shanan C. Turnbow] Refuse to exterminate my cell infested with roaches. The Supreme Court has limited this argument to cases where multiple conditions add up to create a single imparible harm. - (Palmer v. Johnson, 193 F.3d. 346, (5th Cir. 1999)

## Defendant #4

(Human Resource Clerk - Lea A Walls) Refusing to give transient inmates reentry service in discrimination. Washington v. Lee, 263 F. Supp. 327 (M.D. Ala. 1966) - Racial discrimination; Racial segration by prison authorities are unconstitutional under the Equal Protection Clause of the 14th Amend.

## Defendant #5

[Inv. Stores Spec. - Donna Brown] Commissary clerk not servicing me commissary store service in Pandemic caused me a infection of Covit-19. Allah v. Al-hafeez, 226 F.3d 247 (3d Cir. 2000). First Amend claims involved mental & emotional injuries. (See) Thompson v. Carter, 284 F.3d 411 (2d Cir. 2002) Some courts have held that a "mental or emotional" injury is any constitutional violation that does not include a physical injury.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?    YES ____    NO __X__

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __n/a__

2. Parties to previous lawsuit:
   Plaintiff(s): __n/a__

   Defendant(s): __n/a__

3. Court (If federal, name the district; if state, name the county) __n/a__

4. Docket Number: __n/a__

5. Name of judge to whom case was assigned: __n/a__

6. Disposition: (Was the case dismissed, appealed, still pending?)
   __n/a__

7. Approximate date of disposition: __n/a__

ATC 1983 (Rev. 04/06)                Page 2 of 5

**II. PLACE OF PRESENT CONFINEMENT:** T.D.C.J.-Robertson Unit-12071 Fm 3522-Abeline, Tx-79601

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution?   __X__ YES   ____ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Texas. Dept. of. Crim. Justice - Robertson Unit - 12071 Fm 3522- Abeline, Texas, - 79601 - Flo Gonzalez # 2001418

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Leeroy Cano - (Warden Asst.-Prison] - Robertson Unit-TDCJ-12071 Fm 3522 - Abeline, Tx - 79601

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Warden is racist and only give disciplinary cases to people of color

Defendant #2: Jeremy. J. Delacruz - [C.Officer I] - Robertson Unit-TDCJ-12071 Fm 3522 Abeline, Tx - 79601

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Refusing to wear face mask caused me a Covit-19 infection.

Defendant #3: Shanan. C. Turnbow [C.Officer.4] - Robertson Unit-TDCJ-12071 Fm 3522. Abeline, Tx - 79601

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Refusing to spray for roaches infesting my cell.

Defendant #4: Lea. A. Wall - [Human Resource clerk] - Robertson Unit-TdCJ-12071-Fm 3522 Abeline, Tx - 79601

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Not servicing me Re entry service in discrimination.

Defendant #5: Donna Brown. [Inv. Store Spec.] - Robertson Unit-TdCJ-12071-Fm 3522. Abeline, Tx. - 79601

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Not servicing me store service resulted in Covit-19 infection.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal argument or cite any cases of statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Defendant #1 - Warden Cano - wrote and graded me a [major case] because I'm a Mexican; used racial slurs; [Cano] only gives Mexicans & Blacks major Disciplinary cases. Warden Cano only & knowingly & intentionally violated my 14th Amend. of U.S. Const.; is not entitled to qualified immunity; acted under color of state; acted in his official compacity; violated my 8th Amend right by inflicting cruel & unusual Punishment on [March 25th 2020]. [Defendant #2] - Jeremy J. Cruz - refused to wear a face mask; spread covit-19 in violation of TDCJ Policy de la cruz - infected me with covit-19 by coughing in my face on 12-building; knowingly & intentionally in violation of my constitution right to equal Protection; 8th Amend violation infecting me with covit-19 causing Physical Pain & suffering; acted in his official compacity; acted under the color of state & is not entitled to qualified immunity; acted on March 25th 2020.

(see next page)

## VI. RELIEF: 
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Defendant #1 (injuction - Warden - stop grading minority inmates cases major) / Defend #2 (injuction - Force Delacruz to wear Facemask) / Defend #3 (injuction - Force to spray Roaches of unit) / Defend #4 (injuction - service transit offenders) / Defend #5 (injuction - service inmates on time)

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Flo Gonzalez

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

#2001418

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES  X  NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): n/a
2. Case Number: n/a
3. Approximate date sanctions were imposed: n/a
4. Have the sanctions been lifted or otherwise satisfied? n/a YES  n/a NO

## Complaints

(Defendant #3.) Shanan C. Turnbow - On [3/25/20] I ask [officer Turnbow] to spray my cell on 12-Building B-Pod He refused & Told me Warden Cano said "Don't spray no [Wet Backs] cells He voted for [President Trump]" I was forced to live in a Roach infested cell Because I'm a Mexican on a [White Unit] my U.S. Const. Rights was violated by Equal Protection & 8th Amend violation cruel & unusual Punishment inflicted knowingly & intentionally & acted under the color of state & in his official compacity & is not entitled to qualified immunity.

[Defendant #4] Lea A. Wall on Mar. 25, 2020. Lea refused to grant me any inmates any [Reentry Services] Because I was in [Transient Status] & a Mexican in violation of T.D.C.J. I filed a Step 1 complaints & Lea A. Wall said "She don't care about no Judge & 1983 Lawsuit." & I never got my I.D. card in discrimination. Lea A. Wall violated my Equal Protection U.S. Const. Rights & cruel & unusual Punishment inflicted in violation of my 8th Amend violation knowingly & intentionally acted under the color of state & in her official compacity & is not entitled to qualified immunity.

[Defendant #5] Donna Brown - On [Mar. 25, 2020] Donna Brown in violation of TDCJ Policy Refuse to service Robertson Unit inmates in compliance with pre-emptive Lockdown Policy & grossly neglected her Duty on [Covit-19] quarantine Lockdown & serviced officers & not inmates resulted in a mass of Covit-19 infections & Me. I was infected by traffic & trading because of Commissary Workers & Donna Brown knowingly & intentionally in violation of my 14th Amend Due process & Equal Protection violation & 8th Amend violation cruel & unusual Punishment knowingly & intentionally & acted under the color of state & in her [official compacity] & is not entitled to qualified immunity.

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES _X_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): ___n/a___
2. Case number: ___n/a___
3. Approximate date warning were imposed: ___n/a___

Executed on: __10-5-20__          ___Flo Gonzalez___
             (Date)                    (Printed Name)

                                  ___flo Gonzalez___
                                  (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __5th__ day of __Oct__, 20 __20__.
            (Day)         (Month)        (Year)

                                  ___Flo Gonzalez___
                                  (Printed Name)

                                  ___flo Gonzalez___
                                  (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.




CLERK  
U.S. DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS  
341 PINE STREET, RM 2008  
ABILENE, TEXAS  
79601



RECEIVED  
OCT 9 2020  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS

Flo Gonzalez # 2001418  
Robertson Unit  
12071 FM 3522  
Abilene, TEXAS  
79601